IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM SHADELL and STEVEN SHISLER, | § § § |
| Plaintiffs, | § § |
| VS. | §   CIVIL ACTION NO. SA-17-CA-133-FB § |
| CUDD PUMPING SERVICES, INC., and CUDD PRESSURE CONTROL, INC., | § § § § |
| Defendants. | § |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Joint Motion to Dismiss with Prejudice filed by the parties on August 24, 2017 (docket #16). The parties stipulate they have reached an out of court settlement with respect to plaintiff Shisler's claim, and defendants do not owe overtime to plaintiff Shadell because his claims are outside the statute of limitations in this case. Plaintiff Shadell has agreed to dismiss his claims on limitations grounds. The Court finds the motion has merit and should be granted.

Accordingly, the Joint Motion to Dismiss with Prejudice (docket #16) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims in dispute in this lawsuit are DISMISSED WITH PREJUDICE to re-filing with all attorneys' fees and costs to be borne by the party incurring same except to the extent governed by the settlement agreement. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 28th day of August, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE